Kennedy Hodges, LLP
Galvin B. Kennedy (TX State Bar No. 00796870)
711 W. Alabama St.
Houston, TX  77006
Telephone: (713) 523-0001
Facsimile: (713) 523-1116
gkennedy@kennedyhodges.com

*Attorney in Charge for Plaintiffs & Class Members*

Caffarelli & Siegel Ltd.
Lorraine T. Peeters (CA Bar No. 276367)
425 Market St., Ste. 2200
San Francisco, CA 94105
Telephone: (415) 512-5230
Facsimile: (415) 963-3497
l.peeters@caffarelli.com

*Local Counsel*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| **CORNELIUS WREN and SYLVESTER JACKSON, On Behalf of Themselves and All Others Similarly Situated,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**UNITED COMMTEL, L.L.C. ERICSSON, INC., and EUS, INC.,**<br><br>**Defendants.** | § § § § § § § § § § § § § § § § | **CIVIL ACTION NO.**<br>**3:12-cv-06022**<br><br>**PLAINTIFFS' CERTIFICATION OF INTERESTED PARTIES**<br>**(Civil Local Rule 3-16)** |

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the

1

proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Cornelius Wren Plaintiff;

2. Sylvester Jackson Plaintiff;

3. All other similarly situated workers of the Defendants;

4. Galvin B. Kennedy, Kennedy Hodges, L.L.P., counsel for Plaintiffs;

5. Don J. Foty, Kennedy Hodges, L.L.P., of counsel for Plaintiffs;

6. Lorraine T. Peeters, local counsel for Plaintiffs;

7. United Commtel, LLC Defendant;

8. Ericsson Inc. d/b/a EUS Inc. Defendant;

9. G. Michael Jackson, counsel for Defendants.

DATED: 2/27/2013

        Respectfully submitted,

        KENNEDY HODGES, LLP

        By:   /s/ Galvin B. Kennedy
              Galvin B. Kennedy (admitted pro hac vice)
              Texas State Bar No. 00796870
              gkennedy@kennedyhodges.com
              Don J. Foty (admitted pro hac vice)
              Texas State Bar No. 24050022
              dfoty@kennedyhodges.com
              711 W. Alabama St.
              Houston, TX 77006
              Telephone: (713) 523-0001
              Facsimile: (713) 523-1116

        *ATTORNEY IN CHARGE FOR PLAINTIFFS*
        *& CLASS MEMBERS*

And

Caffarelli & Siegel Ltd.
Lorraine T. Peeters (CA Bar No. 276367)
425 Market St., Ste. 2200
San Francisco, CA 94105
Telephone: (415) 512-5230
Facsimile: (415) 963-3497
l.peeters@caffarelli.com

Local Counsel

## CERTIFICATE OF SERVICE

I certify that this document was served on all parties via the Court's CM/ECF system on February 27, 2013.

/s/ Don J. Foty
Don J. Foty

3