Kennedy Hodges, LLP
Galvin B. Kennedy (TX State Bar No. 00796870)
711 W. Alabama St.
Houston, TX   77006
Telephone: (713) 523-0001
Facsimile: (713) 523-1116
gkennedy@kennedyhodges.com

*Attorney in Charge for Plaintiffs & Class Members*

Caffarelli & Siegel Ltd.
Lorraine T. Peeters (CA Bar No. 276367)
425 Market St., Ste. 2200
San Francisco, CA 94105
Telephone: (415) 512-5230
Facsimile: (415) 963-3497
l.peeters@caffarelli.com

*Local Counsel*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| **CORNELIUS WREN and SYLVESTER JACKSON, On Behalf of Themselves and All Others Similarly Situated,** | § § § § | |
| **Plaintiffs,** | § § | |
| v. | § § § | **CIVIL ACTION NO. 3:12-cv-06022** |
| **UNITED COMMTEL, L.L.C. ERICSSON, INC., and EUS, INC.,** | § § § | **CLASS ACTION** <br> **COLLECTIVE ACTION** |
| **Defendants.** | § § § § | **JURY TRIAL DEMANDED** |

### PLAINTIFFS' CERTIFICATE OF SERVICE OF DOCUMENT NUMBER 14

Plaintiffs hereby certify that Document Number 14 – the Order Setting Case Management Conference And Requiring Joint Case Management Conference Statement was served on counsel for Defendants on February 18, 2013 via electronic mail.

1

Respectfully submitted,

KENNEDY HODGES, LLP

By:    /s/ Galvin B. Kennedy
    Galvin B. Kennedy (admitted pro hac vice)
    Texas State Bar No. 00796870
    gkennedy@kennedyhodges.com
    Don J. Foty (admitted pro hac vice)
    Texas State Bar No. 24050022
    dfoty@kennedyhodges.com
    711 W. Alabama St.
    Houston, TX   77006
    Telephone: (713) 523-0001
    Facsimile: (713) 523-1116

*ATTORNEY IN CHARGE FOR PLAINTIFFS
& CLASS MEMBERS*

And

    Caffarelli & Siegel Ltd.
    Lorraine T. Peeters (CA Bar No. 276367)
    425 Market St., Ste. 2200
    San Francisco, CA 94105
    Telephone: (415) 512-5230
    Facsimile: (415) 963-3497
    l.peeters@caffarelli.com

Local Counsel

## CERTIFICATE OF SERVICE

I certify that this document was served on all parties via the Court's CM/ECF system on February 27, 2013.

            /s/ Don J. Foty
           Don J. Foty