IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CORNELIUS WREN,

    Plaintiff,

  v.

UNITED COMMTEL LLC, et al.,

    Defendants.

No. C 12-06022 JSW

**ORDER REQUIRING SUPPLEMENTAL STATEMENT**

The Court has reviewed the parties' Joint Case Management Statement. The Standing Order for All Judges of the Northern District of California, Contents of Case Management Statement, requires "[p]roposed dates for designation of experts, discovery cutoff, hearing of dispositive motions, pretrial conference and trial." (Standing Order, ¶ 17.) Although the parties have provided dates relating to the deadlines for amendment of pleadings, designation of experts and discovery cutoff, they do not provide any proposed dates the anticipated dispositive motions, pretrial or trial. Accordingly, it is HEREBY ORDERED that the parties shall submit a supplement to their case management conference by 3:00 p.m. on February 28, 2013, which sets forth specific proposed dates for the hearing on dispositive motions, pretrial conference and trial.

**IT IS SO ORDERED.**

Dated: February 27, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE