G. Michael Jackson, (CA Bar No. 139384)
JONES, DAVIS & JACKSON, PC
16633 Ventura Blvd, Suite 500
Encino, CA 91436
Phone: (818) 387-6590
Fax: (818) 788-2992
Email: mjackson@jonesdavis.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| CORNELIUS WREN and SYLVESTER JACKSON, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED COMMTEL, L.L.C. ERICSSON, INC., and EUS, INC.<br><br>Defendants. | CIVIL ACTION NO. C-12-6022 EDL<br><br>**CORPORATE DISCLOSURE AND DEFENDANTS' CERTIFICATION OF INTERESTED PARTIES**<br>**(Civil Local Rule 3-16)** |

### I. CORPORATE DISCLOSURE

Pursuant to Fed. R. Civ. P. 7.1, Defendant Ericsson Inc., by and through its counsel, hereby discloses that:

Ericsson Inc. identifies Ericsson Holding II Inc., a Delaware Corporation, and Telefonaktiebolaget LM Ericsson, a Swedish Corporation, as its parent corporations. Ericsson Inc. is wholly-owned by Ericsson Holding II Inc., which in turn is wholly-owned by Telefonaktiebolaget LM Ericsson. Telefonaktiebolaget LM Ericsson is publicly held and trades in the United States through American Depository Receipts under the name Ericsson.

### II. CERTIFICATE OF INTERESTED ENTITIES / PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other

entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding. or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    1.   Cornelius Wren, Plaintiff;

    2.   Sylvester Jackson, Plaintiff;

    3.   Ali Mohammed, Member of Defendant United Commtel, LLC

    4.   Ali Waljee, Member of Defendant United Commtel, LLC

Dated:   February 28, 2013                JONES, DAVIS & JACKSON, PC

                                          By:    /s/ G. Michael Jackson
                                                    G. Michael Jackson
                                                    Attorneys for Defendants

Defendants' Certification of Interested Parties – Case No.  C-12-6022 EDL

PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the City of Encino, County of Los Angeles, State of California. I am over the age of eighteen (18) years and not a party to the within cause; my business address is 16633 Ventura Blvd, Suite 500, Encino, CA 91436. I am employed in the office of Jones, Davis & Jackson, PC, members of the Bar of the above entitled Court, and I made the service referred to below at their direction.

I certify that I caused a copy of the foregoing to be filed with the clerk of the U.S. District Court, Northern District of California, using the CM/ECF filing system, which caused a copy to be electronically mailed to the following CM/ECF Participant(s) on this February 28, 2013.

> Galvin B. Kennedy, Esq.
> Kennedy Hodges, LLP
> 711 W. Alabama St.
> Houston, TX 77006
>
> Lorraine T. Peeters, Esq.
> Caffarelli & Siegel, Ltd.
> 425 Market St., Suite 2200
> San Francisco, CA 94105

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed on February 28, 2013 at Encino, California.

By:   /s/ G. Michael Jackson
      G. Michael Jackson