| | |
|---|---|
| 1 | G. Michael Jackson, (CA Bar No. 139384) |
| 2 | JONES, DAVIS & JACKSON, PC<br>16633 Ventura Blvd, Suite 500 |
| 3 | Encino, CA 91436<br>Phone: (818) 387-6590 |
| 4 | Fax: (818) 788-2992<br>Email: mjackson@jonesdavis.com |
| 5 | *Attorneys for Defendants* |

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| CORNELIUS WREN and SYLVESTER JACKSON, On Behalf of Themselves and All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNITED COMMTEL, L.L.C.<br>ERICSSON, INC., and EUS, INC.<br><br>    Defendants. | CIVIL ACTION NO. 3:12-cv-06022-JSW<br><br>**ORDER GRANTING**<br>**REQUEST FOR TELEPHONIC APPEARANCE**<br><br>Date: March 1, 2013<br>Time: 1:30 pm<br>Place: Courtroom 11, 19th Floor |

Counsel for Defendants United Commtel, LLC and Ericsson, Inc. d/b/a EUS, Inc. ("Defendants"), G. Michael Jackson, hereby submits this request for a telephonic appearance:

Whereas, the initial Case Management Conference in this matter is scheduled for hearing before this Court on Friday, March 1, 2013 at 1:30 p.m.

Whereas, I am counsel for Defendants in this matter and am based in Los Angeles, California,

Whereas, I was scheduled to fly to San Francisco, California on the morning of the hearing, but will be unable to arrive at the court on time for the hearing due to weather-related delays.

Whereas, I am therefore unable to attend the hearing in person.

Whereas, I can be reached telephonically by the Court at the following number starting at 1:00 p.m. on Friday, March 1, 2013: 661-260-3437.

---
1

Defendants' Certification of Interested Parties – Case No. C-12-6022 EDL

I therefore respectfully request that the Court grant my request for a telephonic appearance for the Case Management Conference on Friday, March 1, 2013.

Dated: February 28, 2013                JONES, DAVIS & JACKSON, PC

                                        By:    /s/ G. Michael Jackson
                                               G. Michael Jackson
                                               Attorneys for Defendants

For good cause shown, Mr. G. Michael Jackson's request to appear telephonically is hereby granted.

**IT IS SO ORDERED**

Dated: March 1, 2013

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE