UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

DATE: March 1, 2013                               Time in Court: 8 minutes

JUDGE: JEFFREY S. WHITE                    Court Reporter: Sarah Goekler

Courtroom Deputy: Jennifer Ottolini

CASE NO. C-12-6022  JSW

TITLE:  Cornelius Wren, et al.,  v.  United CommTel, LLC, et al.,

COUNSEL FOR PLAINTIFF:            COUNSEL FOR DEFENDANT:
Don Foty                                         G. Michael Jackson (via telephone)

PROCEEDINGS:   Initial Case Management Conference


RESULTS:     ADR:  The parties shall submit a stipulation / proposed order selecting ADR process by 3-15-13

Deadline to amend pleadings:  5-31-13
(if by motion:  hearing on motion to amend:  5-31-13 at 9:00 a.m.)

Further Case Management Conference:  6-7-13 at 1:30 p.m.
Joint Supplemental Case Management Statement due:  5-31-13

Deadline for Plaintiff to designate experts:  8-23-13
Deadline for Defendant to designate experts: 10-11-13
Close of ALL discovery: 12-29-13

Hearing on dispositive motions (if any): 3-28-14 at 9:00 a.m.

Pretrial Conference: 6-2-14 at 2:00 p.m. **

Jury Selection: 6-18-14 at 8:00 a.m.

Jury Trial: 6-23-14 at 8:00 a.m.

**Counsel are referred to Judge White's Standing order:
*GUIDELINES FOR TRIAL AND FINAL PRETRIAL CONFERENCE IN CIVIL JURY CASES BEFORE THE HONORABLE JEFFREY S. WHITE*