UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CORNELIUS WREN

       Plaintiff(s),                          No. C 12-06022 JSW

  v.                                     **CLERK'S NOTICE**
                                            Continuing Case Management Conference
UNITED COMMTEL LLC                 Due to Sequestration

       Defendant(s).
_____/

     YOU ARE HEREBY NOTIFIED that on **Monday, June 10, 2013,** at **1:30 p.m.**, in Courtroom 11 on the 19th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the **Case Management Conference** previously scheduled for June 7, 2013, in this matter. The joint case management statement shall remain due on or before May 31, 2013. This continuance is due to budget reductions caused by sequestration.

                                      Richard W. Wieking
                                      Clerk, United States District Court

                                      By:_____
                                      Jennifer Ottolini, Deputy Clerk
                                      Honorable Jeffrey S. White
                                      (415) 522-4173

Dated: April 29, 2013

NOTE: Please refer to Judge White's Standing Order located at www.cand.uscourts.gov for additional information.