Kennedy Hodges, LLP
Galvin B. Kennedy (TX State Bar No. 00796870)
711 W. Alabama St.
Houston, TX 77006
Telephone: (713) 523-0001
Facsimile: (713) 523-1116
gkennedy@kennedyhodges.com

*Attorney in Charge for Plaintiffs & Class Members*

Caffarelli & Siegel Ltd.
Lorraine T. Peeters (CA Bar No. 276367)
425 Market St., Ste. 2200
San Francisco, CA 94105
Telephone: (415) 512-5230
Facsimile: (415) 963-3497
l.peeters@caffarelli.com

*Local Counsel*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| **CORNELIUS WREN and SYLVESTER JACKSON, On Behalf of Themselves and All Others Similarly Situated,** § § § § | | |
| **Plaintiffs,** § § | | |
| § | **CIVIL ACTION NO. 3:12-cv-06022-JSW** | |
| **v.** § § | | |
| **UNITED COMMTEL, L.L.C.** § **ERICSSON, INC., and EUS, INC.,** § § | **CLASS ACTION** **COLLECTIVE ACTION** | |
| **Defendants.** § | **JURY TRIAL DEMANDED** | |

### SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT

1. Facts of the case:

RESPONSE: The Plaintiffs filed this action on November 27, 2012, alleging that they are part of a class of workers who were not properly compensated for all hours worked. The Plaintiffs and Class Members are a group of non-exempt employees who installed telecommunication equipment in cellular telephone towers for Defendants. The Plaintiffs and

Class Members allege that they were not paid overtime for the hours they worked over 40 in a workweek or when they worked more than eight hours in one day in California.

Defendant Ericsson maintains that it was never the joint employer of either Plaintiffs or the Class Members and is therefore not liable to them for any wages under any circumstances. Defendant Ericsson asserts that it retained Defendant United Commtel to perform certain services and that it had no right to: hire or fire; promulgate work rules or assignments; set any conditions of employment; establish any compensation, benefits, or hours; supervise, discipline, or otherwise control any employees or contractor employed by Defendant United Commtel. As such, Defendant Ericsson does not believe that Plaintiffs or the Class Members can present any evidence to show that Ericsson was a joint employer of Defendants or any Class Members.

Defendant United Commtel asserts that it properly paid all employees and contractors in accordance with the FLSA and all applicable state and federal laws. United Commtel disputes that Plaintiffs worked for it in the State of California and that Plaintiffs and Class Members were not paid for overtime in accordance with the FLSA and applicable state laws. United Commtel believes that Plaintiffs and Class Members were exempt from overtime laws under the FLSA and applicable state law. United Commtel further disputes that any violations of the FLSA and applicable state law were willful or intentional.

2. Current Status of the Case:

RESPONSE:    The Parties have exchanged their initial disclosures and are currently engaged in discovery. Further, the Plaintiffs intend to move for Conditional Certification of an FLSA Collective Action and have requested the production of a class list. However, the Parties do not believe that there should be any changes to the current scheduling order.

3. ADR

RESPONSE:    The Parties have agreed to engage in an ENE for the possibility of early resolution. The Parties believe that this can be completed within 90 days of this date.

Date: 05/31/2013

Respectfully Submitted,

KENNEDY HODGES, LLP

By: /s/ Galvin B. Kennedy
　　Galvin B. Kennedy (admitted pro hac vice)
　　State Bar No. 00796870
　　gkennedy@kennedyhodges.com
　　Don J. Foty (admitted pro hac vice)
　　dfoty@kennedyhodges.com
　　State Bar No. 24050022
　　711 W. Alabama St.
　　Houston, TX  77006
　　Telephone: (713) 523-0001
　　Facsimile: (713) 523-1116

*ATTORNEYS IN CHARGE FOR PLAINTIFFS
& CLASS MEMBERS*

AND

CAFFARELLI & SIEGEL LTD.

　　Lorraine T. Peeters
　　CA State Bar No. 276367
　　425 Market St., Ste. 2200
　　San Francisco, CA 94110
　　Telephone: (415) 512-5230
　　Facsimile:  (415) 963-3497

*LOCAL COUNSEL*

AND

JONES, DAVIS & JACKSON, PC

By: /s/ G. Michael Jackson
　　　　G. Michael Jackson

*ATTORNEYS FOR DEFENDANTS*