IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIUS WREN, and SYLVESTER JACKSON, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED COMMTEL, L.L.C, ERICSSON, INC., and EUS, Inc.<br><br>    Defendants.<br>_____/ | No. C 12-06022 JSW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND DIRECTING PARTIES TO SUBMIT STIPULATION AND PROPOSED ORDER REGARDING ADR** |

The Court has received and considered the parties' supplemental case management conference statement and it HEREBY CONTINUES the case management conference schedule for June 10, 2013 to December 6, 2013 at 1:30 p.m. The parties' shall submit a further supplemental case management statement by November 29, 2013.

It is FURTHER ORDERED that the parties shall submit a stipulation and proposed order regarding their proposed ADR process by June 10, 2013.

**IT IS SO ORDERED.**

Dated: June 3, 2013

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE