**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CORNELIUS WREN, and SYLVESTER JACKSON, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

UNITED COMMTEL, L.L.C, ERICSSON, INC., and EUS, Inc.

    Defendants.

No. C 12-06022 JSW

**ORDER VACATING CASE MANAGEMENT CONFERENCE**

The Court has received and considered the parties' joint case management conference statement and it HEREBY VACATES the case management conference scheduled for December 6, 2013 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: November 27, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE