UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CORNELIUS WREN and SYLVESTER JACKSON, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED COMMTEL, L.L.C. ERICSSON, INC., and EUS, INC.,<br><br>Defendants. | CIVIL ACTION NO. 3:12-cv-06022-JSW<br><br>CLASS ACTION<br>COLLECTIVE ACTION<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING NOTICE OF DISMISSAL** AS TO ERICSSON, INC. AND EUS, INC. ONLY

CAME ON for consideration the Plaintiffs Cornelius Wren's and Sylvester Jackson's ("Plaintiffs") Notice of Dismissal of Claims against Defendants Ericsson, Inc. and EUS, Inc. The Court, having considered the Plaintiffs' Notice of Dismissal, is of the opinion that it should be GRANTED; it is therefore,

ORDERED, ADJUDGED, and DECREED that the Plaintiffs' claims and causes of action against Defendants Ericsson, Inc. and EUS, Inc. shall be and are hereby DISMISSED.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that all costs of court are taxed against the party incurring the same.

SIGNED this  19th  day of  December , 2013.

_____
UNITED STATES DISTRICT JUDGE