| | |
|---|---|
| KENNEDY HODGES, LLP<br>GALVIN B. KENNEDY (TX State Bar No. 00796870)<br>711 W. Alabama St.<br>Houston, TX 77006<br>Telephone: (713) 523-0001<br>Facsimile: (713) 523-1116<br>gkennedy@kennedyhodges.com<br><br>Attorney in Charge for Plaintiffs | JONES, DAVIS & JACKSON, PC<br>ALEXANDER M. PARKER<br>G. Michael Jackson<br>CA State Bar No. 139384<br>JONES, DAVIS & JACKSON, PC<br>16633 Ventura Blvd, Suite 500<br>Encino, CA 91436<br>(818) 387-6590 (Telephone)<br>(818) 788-2992 (Facsimile)<br>mjackson@jonesdavis.com |
| CAFFARELLI & SIEGEL LTD.<br>LORRAINE T. PEETERS (CA Bar No. 276367)<br>425 Market St., Ste. 2200<br>San Francisco, CA 94105<br>Telephone: (415) 512-5230<br>Facsimile: (415) 963-3497<br>l.peeters@caffarelli.com<br><br>Local Counsel | JONES, DAVIS & JACKSON, PC<br>ALEXANDER M. PARKER (TX State Bar No. 00797203)<br>15851 Dallas Parkway, Suite 1220<br>Addison, TX 75001<br>Telephone: (972) 341-1310<br>Facsimile: (972) 733-3119<br>aparker@jonesdavis.com<br><br>Attorneys for Defendant United Commtel, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CORNELIUS WREN and SYLVESTER JACKSON, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED COMMTEL, L.L.C. ERICSSON, INC., and EUS, INC.,<br><br>Defendants. | Case No. 3:12-cv-06022-JSW<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br>AND ORDER THEREON |

<u>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**</u>

Plaintiffs CORNELIUS WREN and SYLVESTER JACKSON, on Behalf of Themselves and All Others Similarly Situated ("Plaintiffs" or "Wren") and Defendant UNITED COMMTEL,

1

L.L.C. ("Defendant United Commtel") submit this Joint Stipulation to Continue the Case Management Conference set for Friday, March 28, 2014 at 1:30 pm. (Dkt. 42).

**I.**

This lawsuit was filed as a collective action under the Fair Labor Standards Act. (Dkt.1) On October 24, 2013, the Parties participated in an Early Neutral Evaluation ("ENE") session with evaluator Eric Grover (Dkt. No. 35). After the ENE, the Parties engaged in settlement talks regarding the possibility of resolving this case. On December 18, 2013 the Parties announced to the Court that they had settled this case.

On Friday, March 21, 2014, the Parties filed their Joint Status Report to the Court. (Dkt. 43) As noted in the status report, the Parties are finalizing the terms of their agreement. They have exchanged drafts of the settlement paperwork and are close to finalizing them. The Parties have also exchanged drafts of the joint motion for approval of the settlement. The Parties believe that they will finalize the terms of their settlement within 45 days and respectfully request that the Court continue the current case management conference for a date in May 2014. The Parties will then seek Court approval of the settlement that has been reached.

Dated: March 25, 2014                     KENNEDY HODGES, LLP


                                          By /s/ Galvin B. Kennedy
                                          Galvin B. Kennedy (Admitted Pro Hac Vice)
                                          Attorneys In Charge For Plaintiffs & Class
                                          Members

Dated: March 25, 2014
                                          JONES, DAVIS & JACKSON, PC


                                          By /s/  G. Michael Jackson with permission
                                          G. Michael Jackson
                                          Attorneys for United Commtel, LLC

2

The case management conference is continued to Friday, June 6, 2014 at 11:00 a.m. in Courtroom 5, 1301 Clay Street, Oakland, California.

SIGNED this 26th day of March, 2014.

_____
UNITED STATES DISTRICT JUDGE

3