UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIUS WREN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED COMMTEL, L.L.C.,<br><br>    Defendant. | Case No.  12-cv-06022-JD<br><br>**ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR** |

At 9:30 a.m. this morning, Wednesday, July 30, 2014, the Court held a hearing on the parties' joint motion for approval of settlement and motion for entry of agreed judgment. Dkt. No. 50. Counsel for defendant United Commtel, LLC did not appear and were not excused from appearing by the Court.

Defendant's counsel are hereby ordered to show cause in writing why monetary sanctions in the amount of $500.00 should not be imposed pursuant to this Court's inherent powers for the failure to appear at a noticed hearing in this matter. The response to this order is due by 12:00 p.m. on Friday, August 1, 2014. Plaintiffs' counsel need not submit a statement.

**IT IS SO ORDERED.**

Dated: July 30, 2014

_____
JAMES DONATO
United States District Judge