# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: 7/30/14      Judge: James Donato

Time: 6 Minutes

Case No.     **C-12-06022-JD**
Case Name     **Wren et al v. United CommTel, L.L.C. et al**

Attorney(s) for Plaintiff(s):     Gabriel Amin Assaad
Attorney(s) for Defendant(s):     No Appearance

Deputy Clerk: Lisa Clark      Court Reporter: Candace Yount

### PROCEEDINGS

Joint Motion for Approval of Settlement - Held

### RESULT OF HEARING

Defense counsel failed to appear for the hearing. The Court will issue an order to show cause as to why the Court should not issue sanctions for defense counsel's failure to appear.
The Court advised plaintiffs' counsel that the settlement papers presented to the Court are wholly inadequate under FRCP 23 and the FLSA.
The parties have until 8/13/14 to re-file an adequate motion to approve the settlement.
If no settlement is approved, the case will proceed to a jury trial on 11/5/14 at 9:00 a.m., with a pretrial conference at 10/22/14 at 3:00 p.m.
The Court advises the parties to review the Court's standing order for civil trials and to comply with the filing deadlines for pretrial documents.