UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: September 24, 2014                                         Judge:  James Donato

Time: 9:40-9:49 = 9 Minutes

Case No.        **C-12-06022-JD**
Case Name       **Wren et al v. United CommTel, L.L.C. et al**

Attorney(s) for Plaintiff(s):      Gabriel Amin Assaad
Attorney(s) for Defendant(s):   Gary Michael Jackson

Deputy Clerk:  Lisa R. Clark                              Court Reporter: James Pence

PROCEEDINGS

Joint Motion for Final Approval of Settlement and Agreed Judgment - Oral Argument Held

RESULT OF HEARING

The Court discusses the proposed settlement with the parties.
Plaintiffs' counsel represents that he does not know who the other members of the putative class are (other than those four plaintiffs who have opted in thus far and are a part of the settlement), or how big the putative class is.
Defendant's counsel represents that his client company is struggling financially and is on the brink of bankruptcy.
The Court advises the parties that it is inclined to accept the $50,000 settlement based on defendant United CommTel's financial situation, but it will only approve the settlement if the parties -- as agreed at the hearing -- reduce the total amount of attorney's fees and costs awarded to no more than 20-25% of the entire settlement value of $50,000.
The Court also expresses concern about the form of default judgment requested by the parties. The Court likely will not enter that judgment, but will preserve the opportunity for plaintiffs to seek the agreed-upon judgment against defendant in the event defendant defaults on its settlement payment obligations.