KENNEDY HODGES, LLP
GALVIN B. KENNEDY (TX State Bar No. 00796870)
711 W. Alabama St.
Houston, TX  77006
Telephone: (713) 523-0001
Facsimile: (713) 523-1116
gkennedy@kennedyhodges.com

Attorney in Charge for Plaintiffs

CAFFARELLI & SIEGEL LTD.
LORRAINE T. PEETERS (CA Bar No. 276367)
425 Market St., Ste. 2200
San Francisco, CA 94105
Telephone: (415) 512-5230
Facsimile: (415) 963-3497
l.peeters@caffarelli.com

Local Counsel

JONES, DAVIS & JACKSON, PC
ALEXANDER M. PARKER
G. Michael Jackson
CA State Bar No. 139384
JONES, DAVIS & JACKSON, PC
16633 Ventura Blvd, Suite 500
Encino, CA 91436
(818) 387-6590 (Telephone)
(818) 788-2992 (Facsimile)
mjackson@jonesdavis.com

JONES, DAVIS & JACKSON, PC
ALEXANDER M. PARKER (TX State Bar No. 00797203)
15851 Dallas Parkway, Suite 1220
Addison, TX 75001
Telephone: (972) 341-1310
Facsimile: (972) 733-3119
aparker@jonesdavis.com

Attorneys for Defendant United Commtel, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **CORNELIUS WREN and SYLVESTER JACKSON, On Behalf of Themselves and All Others Similarly Situated,** § § § § | |
| **Plaintiffs,** § | |
| § | **CIVIL ACTION NO. 3:12-cv-06022-JSW** |
| **v.** § § | |
| **UNITED COMMTEL, L.L.C. ERICSSON, INC., and EUS, INC.,** § § § | **NOTICE OF COMPLIANCE WITH COURT ORDER DATED SEPTEMBER 25, 2014** |
| **Defendants.** § § | |

Pursuant to the Order from this Court dated September 25, 2014, the parties hereby give notice of compliance with said order and submit a revised and executed settlement agreement, attached as Exhibit A.

1

Respectfully submitted,

KENNEDY HODGES, LLP

By:   /s/ Gabriel A. Assaad
    Galvin B. Kennedy
    State Bar No. 00796870
    gkennedy@kennedyhodges.com
    Gabriel A. Assaad
    State Bar No. 24076189
    gassaad@kennedyhodges.com
    711 W. Alabama St.
    Houston, TX  77006
    Telephone: (713) 523-0001
    Facsimile: (713) 523-1116

Attorneys for Plaintiffs

And

CAFFARELLI & SIEGEL LTD.

    Lorraine T. Peeters
    CA State Bar No. 276367
    425 Market St., Ste. 2200
    San Francisco, CA 94110
    Telephone: (415) 512-5230
    Facsimile: (415) 963-3497

    *LOCAL COUNSEL*

And

JONES, DAVIS & JACKSON, PC

By:   /s/ G. Michael Jackson
    G. Michael Jackson
    CA State Bar No. 139384
    JONES, DAVIS & JACKSON, PC
    16633 Ventura Blvd, Suite 500
    Encino, CA 91436
    (818) 387-6590 (Telephone)
    (818) 788-2992 (Facsimile)
    mjackson@jonesdavis.com

Attorneys for Defendant United Commtel, LLC

2

## **CERTIFICATE OF SERVICE**

      This is to certify that on October 9, 2014 a true and correct copy of the foregoing instrument has been served to all counsel for parties in this case via Northern District of California's CM/ECF.


                                             /s/ Gabriel A. Assaad
                                          Gabriel A. Assaad