1  Kennedy Hodges, LLP
   Gabriel A. Assaad (TX State Bar No. 24076189)
2  711 W. Alabama St.
   Houston, TX  77006
3  Telephone: (713) 523-0001
   Facsimile: (713) 523-1116
4  gkennedy@kennedyhodges.com

5
   *Attorney in Charge for Plaintiffs & Class Members*
6

7              **UNITED STATES DISTRICT COURT**
8              **NORTHERN DISTRICT OF CALIFORNIA**
9                 **SAN FRANCISCO DIVISION**

10 CORNELIUS  WREN  and  SYLVESTER      )  Case Number: 3:12-cv-06022-JSW
11 JACKSON, On Behalf of Themselves and   )
12 All Others Similarly Situated,            )  **PLAINTIFFS' REQUEST TO**
                                          )  **APPEAR AT HEARING BY**
13                    Plaintiffs,          )  **TELEPHONE**
                                          )
14        vs.                             )
                                          )
15                                        )  Date: April 8, 2015
16 UNITED COMMTEL, L.L.C.,                )  Time: 9:30 am
   ERICSSSON, INC., and EUS, INC.,        )  Courtroom: 11
17                                        )  Judge: Hon. James Donato
                                          )
18                    Defendants.         )
                                          )
19

20         **PLAINTIFFS' REQUEST TO APPEAR AT HEARING BY TELEPHONE**

21
          Plaintiffs, Cornelius Wren and Sylvester Jackson, on behalf of themselves and all
22
23 others  similarly  situated  (hereinafter  "Plaintiffs'")  through  their  undersigned  counsel,

24 Gabriel  A.  Assaad,  and  pursuant  to  the  Northern  District  of  California  Local  Rules,
25
   hereby requests this Court's permission to allow Mr. Assaad to appear by telephone at the
26
27 upcoming  hearing  regarding  Plaintiffs'  Motion  to  Reopen  Case  and  Enter  Agreed

28 Judgment, scheduled for April 8, 2015 at 9:30 a.m.

1    Undersigned counsel respectfully requests that the Court grant him leave to

2   participate in the April 8 hearing by telephone. Plaintiffs' counsel lives and works in

3   Houston, Texas, and will have to fly to San Francisco in order to attend the hearing. As

4
   the need for this hearing arises from Defendant United Commtel's failure to make
5
   payment according to the settlement agreement approved by this Court, Plaintiffs'
6
7   counsel is weary of expending another $1,000 or more in costs in this matter that will

8   possibly never be recovered. Furthermore, the purpose of this hearing is to request the

9   Court to enforce the terms of the settlement agreement by entering a judgment in the

10  form attached to Plaintiffs' motion.

11
       The date of April 8, 2015 is the soonest date available for the hearing, and it is
12
13  Plaintiffs' counsel's intention to bring this matter before the Court as expeditiously as

14  possible to enable Plaintiffs to obtain the agreed upon judgment in this matter to rectify

15  the harm done by Defendant's breach of the settlement agreement.

16
17
18                              Respectfully submitted,

19                              KENNEDY HODGES, LLP

20
                               By: /s/ Gabriel A. Assaad
21                                 Gabriel A. Assaad, Pro Hac Vice
22                                 TX State Bar No. 24076189
                                   gassaad@kennedyhodges.com
23                                 711 West Alabama St.
24                                 Houston, Texas 77006
                                   Telephone: (713) 523-0001
25                                 Facsimile:  (713) 523-1116

26

27

28

PLAINTIFF'S REQUEST TO APPEAR AT HEARING BY TELEPHONE
CASE NO. 3:12-cv-06022-JSW; PAGE 2 OF 3

**CERTIFICATE OF SERVICE**

This is to certify that on February 26, 2015 a true and correct copy of the foregoing instrument has been served to all counsel for parties in this case via Northern District of California's CM/ECF.

/s/ Gabriel A. Assaad
Gabriel A. Assaad