Kennedy Hodges, LLP
Gabriel A. Assaad (TX State Bar No. 24076189)
711 W. Alabama St.
Houston, TX  77006
Telephone: (713) 523-0001
Facsimile: (713) 523-1116
gkennedy@kennedyhodges.com

*Attorney in Charge for Plaintiffs & Class Members*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CORNELIUS WREN and SYLVESTER JACKSON, On Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED COMMTEL, L.L.C., ERICSSSON, INC., and EUS, INC., <br><br> Defendants. | Case Number: 3:12-cv-06022-JD <br><br> **NOTICE OF NON RECEIPT OF OPPOSITION TO MOTION TO REOPEN CASE AND ENTER AGREED JUDGMENT** <br><br> Date: April 15, 2015 <br> Time: 10:00 AM <br> Courtroom: 11 <br> Judge: Hon. James Donato |

**PLEASE TAKE NOTICE** that Plaintiffs Cornelius Wren and Sylvester Jackson, On Behalf of Themselves and All Others Similarly Situated ("Plaintiffs") have not received service of any opposition to Plaintiffs' Motion to Reopen Case and Enter Agreed Judgment ("Motion") (Docket Entry No. 64, filed February 26, 2015)

Plaintiffs' Motion was originally noticed for hearing on April 8, 2015 (Docket Entry No. 64, filed February 26, 2015).  Under Local Rule 7-3 the "opposition must be

filed and served not more than 14 days after the motion was filed," which would have been Thursday, March 12, 2015. Local Rule 7-3(b) alternatively requires that a party file a Statement of Nonopposition with the Court within the time for filing and serving any opposition, in the event that that party does not intend to oppose the motion.

The court clerk later provided notice which reset the hearing to April 15, 2015 and further explicitly outlined deadlines for responses and replies to Plaintiffs' Motion. (Docket Entry No. 66, filed March 2, 2015). Pursuant to these deadlines, Defendant's opposition or nonopposition should have been filed by March 18, 2015. However, as of March 25, 2015, Defendant has not filed an opposition or a notice of non-opposition and has not otherwise contacted counsel for Plaintiffs regarding the pending motion. Defendant was provided with an additional six days by the court to file its opposition, yet still failed to do so.

As the deadline to submit Defendant's response has passed by a full week, Plaintiffs also respectfully ask the Court to decline to entertain any tardy opposition that Defendant may file, pursuant to Local Rule 7-3.

## **Conclusion**

For these reasons, Plaintiffs request that this Honorable Court vacate the hearing regarding the matter currently pending on April 15, 2015 and consider Plaintiffs' Motion on the merits without the necessity of a hearing.

Respectfully submitted,

KENNEDY HODGES, LLP

By: /s/ Gabriel A. Assaad
   Gabriel A. Assaad, Pro Hac Vice
   TX State Bar No. 24076189
   gassaad@kennedyhodges.com
   711 West Alabama St.
   Houston, Texas 77006
   Telephone: (713) 523-0001
   Facsimile:  (713) 523-1116

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

This is to certify that on March 25, 2015 a true and correct copy of the foregoing instrument has been served to all counsel for parties in this case via Northern District of California's CM/ECF.

   /s/ Gabriel A. Assaad
   Gabriel A. Assaad