United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIUS WREN, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>UNITED COMMTEL, L.L.C.,<br><br>        Defendant. | Case No.  12-cv-06022-JD<br><br>**JUDGMENT** |

Pursuant to the Court's order dated May 29, 2015, judgment is hereby entered in favor of plaintiffs Cornelius Wren, Sylvester Jackson, Saul Williams and Sean Buckley and against defendant United Commtel, LLC, in the amount of $175,000.00, plus post-judgment interest accruing at the rate of 5% per annum from the date of entry herein, as well as costs of court and costs incurred in satisfying the judgment.

**IT IS SO ORDERED.**

Dated: May 29, 2015

_____
Richard W. Wieking, Clerk

By: Lisa R. Clark, Deputy Clerk